FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/01/2016

    GUILLERMO ALEJANDRO MORACHIS, owner of AM Fresh Produce, 6612 South 28th Street, McAllen, Texas 78503, business telephone number 956-627-4422, cellular telephone number 956-292-9710, was interviewed via telephone. After being advised of the identity of the interviewing Agent and the nature of the interview, MORACHIS provided the following information:

    On Thursday February 25, 2016, a man calling himself "RICK STEVENS" (STEVENS) contacted a salesmen, ARTURO LEAL, at AM Fresh Produce. STEVENS told LEAL that he was from General Produce in Sacramento and that he had a good rating in The Blue Book with a triple "x". Based on these representations MORACHIS allowed STEVENS to place an order. STEVENS placed an order for mangoes, limes and jalapenos. MORACHIS approximated the value of the order to be $30,000. MORACHIS followed up the order with an email confirmation.

    MORACHIS hired a local trucking company that he works with frequently to make the delivery and advised STEVENS the cost would be $3,000. STEVENS agreed to the price and asked that MORACHIS provide him the bill of lading and telephone number for the truck driver, which MORACHIS provided. The truck was loaded in the afternoon or evening on Friday, February 26, 2016.

    The following day on Saturday, February 27, 2016 at 2pm or 3pm, MORACHIS received an email from STEVENS stating that his (STEVENS) company was not actually in Sacramento and that the company has the same name as General Produce in Sacramento but is located in San Francisco. STEVENS said that customers are frequently confused by this. STEVENS still wanted to do business with MORACHIS and said that he would pay him in 21 days for the order. MORACHIS refused to do business with STEVENS because he did not know him and STEVENS was not listed in The Blue Book.

    MORACHIS advised he would provide Agents with a copy of the bill of lading and any email communications with STEVENS.

Investigation on   02/28/2016   at   San Francisco, California, United States (Phone)

File #   196D-SF-6435462                                  Date drafted   02/28/2016

by   CHELF JENNIFER NICOLE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.