CR 16 00100 LHK

PSG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

### THE UNITED STATES OF AMERICA

### vs.

### REMON ISSA DANIEL


FILED
MAR 10 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA

## INDICTMENT

COUNTS 1-14:        18 U.S.C. § 1343 – Wire Fraud

*A true bill.*

_____
                    Foreperson

Filed in open court this 10th day of March
A.D. 2016

Lucy H. Koh
United States ~~Magistrate~~ Judge
District

Bail. $ _____

_____ No Process _____

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney





UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16 00100 |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)-- Forfeiture |
| v. | |
| REMON ISSA DANIEL, | |
| Defendant. | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges that, at all relevant times:

1. Beginning in 2014 and continuing through at least February 2016, REMON ISSA DANIEL engaged in a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, by pretending to be employed by reputable produce companies and ordering loads of fruits and vegetables on credit, when he knew he did not have the funds to pay for the loads and had no intention of paying for the loads.

2. To communicate with the sellers, DANIEL often used telephone numbers ending in x8513 and x2498. DANIEL also used the email addresses 10remon10@gmail.com and rick@generalproduce.co.

INDICTMENT

3.     As part of his scheme to defraud, DANIEL sometimes falsely represented that he was Rick Stevens of General Produce and used email account rick@generalproduce.co.

4.     To cause the produce distributors to release produce to him on credit, DANIEL posed as an employee of a legitimate company with a good credit rating in "The Blue Book," a produce industry resource guide.  At various times, he claimed to work for New San Jose Wholesale, Bay Area Produce, or the General Produce in Sacramento, each a genuine company with a good rating in The Blue Book.  DANIEL, as he well knew, never worked for any of these companies.

5.     To further induce distributors to provide produce to him on credit, DANIEL fraudulently pretended to pay them a deposit.  He often sent the seller a copy of a deposit slip for a check he had deposited to the seller's bank, or provided a copy of a check written to the seller, to prove that he had paid them a portion of the invoice.  Based on the checks or deposit slips, the sellers shipped produce to DANIEL on credit.  The checks were always returned for insufficient funds such that the deposit slips did not reflect any actual transfer of funds.

6.     To ensure that the produce was delivered to him, rather than to the company he pretended to work for, DANIEL arranged for the trucking himself, or he obtained the number of the trucking company, in order to divert delivery to an address associated with him.  In general, he used the address of a warehouse at 660 North King Road, San Jose, California or the address of a former business, the San Carlos Market, at 1755 West San Carlos Market Street, San Jose, California.

7.     At times, DANIEL also used the address 960 Easton Street, San Bruno, California, as the business address for General Produce.  The address of 960 Easton Street, San Bruno, is a residence, is not associated in any way with DANIEL, and there is no General Produce business located there.

8.     In all, DANIEL defrauded more than 10 companies of more than $1,000,000 through his scheme to defraud.

COUNTS ONE THROUGH FOURTEEN:   (18 U.S.C. § 1343 – Wire Fraud)

9.     Paragraphs 1 through 8 are realleged and incorporated as if fully set forth here.

10.    On or about the dates set forth below, in the Northern District of California and elsewhere, the defendant,

REMON ISSA DANIEL,

for the purpose of executing the above-described scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and by material omissions, did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce certain writings, signs, signals, and pictures, as indicated below:

| COUNT | WIRE DATE | CONTENT | WIRED TO | WIRED FROM | SERVER OR SMS LOCATION |
|---|---|---|---|---|---|
| 1 | 04/06/15 (email) | Email with credit forms | Pat_Ruiz-Lopez @amerifresh.com | 10remon10@ gmail.com | CA and AZ |
| 2 | 04/10/15 (email) | Copy of Check for $88,708.85 | Pat_Ruiz-Lopez @amerifresh.com | 10remon10@ gmail.com | CA and AZ |
| 3 | 04/15/15 (text message) | Deposit slip dated 04/15/15 for $175,000 | 480-xxx-3352 (Arizona) | 408-xxx-8513 (California) | WA |
| 4 | 04/16/15 (text message) | Deposit slip dated 04/16/15 for $140,000 | 480-xxx-3352 (Arizona) | 408-xxx-8513 (California) | WA |
| 5 | 04/16/15 (text message) | Deposit slip dated 04/16/15 for $120,000 | 480-xxx-3352 (Arizona) | 408-xxx-8513 (California) | WA |
| 6 | 05/05/15 (text message) | Deposit slip dated 05/05/15 for $180,000 | 480-xxx-3352 (Arizona) | 408-xxx-8513 (California) | WA |
| 7 | 05/06/15 (text message) | KCI's bank information | 408-xxx-8513 (California) | 913-xxx-3435 (Kansas) | WA |
| 8 | 05/06/15 (text message) | "I am on it should have all founds [sic] on [sic] 30 min" | 913-xxx-3435 (Kansas) | 408-xxx-8513 (California) | WA |
| 9 | 05/06/15 (text message) | "Don't have it all still collecting" | 913-xxx-3435 (Kansas) | 408-xxx-8513 (California) | WA |
| 10 | 05/12/15 (text message) | "10 k before 3 I am waiting on a customer to pay me" | 913-xxx-3435 (Kansas) | 408-xxx-8513 (California) | WA |
| 11 | 03/09/15 (email) | Message including attached invoice #30198.00 | 10remon10@ gmail.com | doug@ejsproduce sales.com | CA and AZ |
| 12 | 03/09/15 (email) | "I will have a check for both can you please let me know what you have for me today thanks" | doug@ejsproduce sales.com | 10remon10@ gmail.com | CA and AZ |

INDICTMENT                                              3

| | | | | | |
|---|---|---|---|---|---|
| 13 | 03/19/15 (text message) | Picture of deposit slip dated 03/19/15 for $78,858.30 | 480-xxx-9132 (Arizona) | 408-xxx-8513 (California) | WA |
| 14 | 03/23/15 (text message) | Picture of two deposit slips, one for $100,000 and one for $50,000 | 480-xxx-9132 (Arizona) | 408-xxx-8513 (California) | WA |

<u>FORFEITURE ALLEGATION</u>: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

11. Paragraphs 1 through 8, and the transactions alleged in each of Counts One through Fourteen, are realleged as if fully set forth here.

12. Upon a conviction of any of the offenses alleged in Counts One through Fourteen, the defendant,

REMON ISSA DANIEL,

shall forfeit to the United States all property constituting and derived from proceeds traceable to violations of Title 18, United States Code, Section 1343 (Wire Fraud), as alleged in Counts One through Fourteen of this Indictment, including, but not limited to, a forfeiture money judgment equal to the total gross proceeds obtained as a result of the offenses.

13. If any of the forfeitable property, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to or deposited with a third person;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//
//
//
//

INDICTMENT          4

1  All in violation of Title 18, United States Code, Section 1343 (Wire Fraud), Title 18, United
2  States Code, Section 981 (a)(1)(C) and Title 28, United States Code, Section 2461(c).

4  DATED:  10 mar 2016                    A TRUE BILL.

                                          _____
                                          FOREPERSON

8  BRIAN J. STRETCH
   Acting United States Attorney

10 _____
11 JEFFREY D. NEDROW
   Chief, San Jose Branch

13 (Approved as to form: _____ )
14                      AUSA ROSEN

INDICTMENT                                  5

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---- OFFENSE CHARGED ----

Counts 1-14: 18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: For Each Count:
20 years imprisonment
$250,000 fine or twice the gross gain or loss from the offense
3 years supervised release
$100 special assessment fee

---- DEFENDANT - U.S ----

▶ REMON ISSA DANIEL

DISTRICT COURT NUMBER

CR 16 00100

FILED
MAR 10 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

LHK
PSG

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
FBI S/A Jennifer Chelf

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 16-70237 MAG

Name and Office of Person Furnishing Information on this form   BRIAN STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA AMBER ROSEN

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                          Before Judge:

Comments: