1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SETH P. CHAZIN, SBN 133777**
**ATTORNEY AT LAW**
**LAW OFFICES OF SETH P. CHAZIN**
**1164 SOLANO AVENUE**
**ALBANY CA 94706**
**Telephone: (510) 507-8100**
**Facsimile: (510) 525-0087**

**Counsel for Defendant:**
**REMON DANIEL**

# UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **CR 16-00100 LHK** |
| | ) |
| **v.** | ) |
| | ) **MOTION TO WITHDRAW AND BE RELIEVED** |
| | ) **AS ATTORNEY OF RECORD AND** |
| **REMON DANIEL,** | ) **[PROPOSED] ORDER** |
| | ) |
| **Defendant.** | ) |
| | ) |
| | **Judge: The Hon. Lucy H. Koh** |

Seth P. Chazin, counsel for defendant Remon Daniel, hereby moves the Court for an order allowing him to withdraw and relieving him as attorney of record in this matter. This motion is made on the grounds that, despite the defendant's best efforts, he is unable to retain counsel and thus the defendant is requesting that the public defender be re-appointed to represent him in the instant matter.

**DATED: April 2, 2016**                              **Respectfully submitted,**

_____/s/_____
**SETH P. CHAZIN**
**Attorney for REMON DANIEL**

1

1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **NORTHERN DISTRICT OF CALIFORNIA**

6 **SAN JOSE DIVISION**

7

8 **UNITED STATES OF AMERICA**     )     **CR 16-00100 LHK**
                                  )
9               **v.**            )
                                  )     **[PROPOSED] ORDER**
10 **REMON DANIEL,**              )
                                  )
11            **Defendant.**      )
                                  )
12 _____)

13

14 FOR GOOD CAUSE shown, it is hereby ordered that SETH P. CHAZIN may withdraw and is relieved

15 as attorney of record for defendant Remon Daniel.

16

17 **IT IS SO ORDERED.**

18 **DATED:**                        _____
                                     **The Honorable Lucy H. Koh**
19                                   **United States District Judge**

20

21

22

23

24

25

26

27

28