UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 6-4th FLOOR

CRIMINAL MINUTES
# UNITED STATES OF AMERICA v. REMON ISSA DANIEL
16-CR-00100-LHK

**Court Proceedings:** Status Conference, Wednesday, April 6, 2016
**Time in Court**: 10:10-10:12 a.m. (2 minutes)

**Courtroom Deputy Clerk:** Stacy Sakamoto
**Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Amber Rosen for the United States of America
**Representing Defendant:** Attorney Robert Carlin for Remon Issa Daniel

Defendant was present and in custody. The parties provided the Court with a case update.

The Court **GRANTED** the Defendant's motion for a continuance. Per 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from April 6, 2016 through and including July 6, 2016. The reason for the finding was that failure to grant the continuance would deny the Defendant reasonable time for effective preparation, taking into account the exercise of due diligence, per 18 U.S.C. §3161(h)(7)(B)(iv).

The Court **ORDERED** the parties to next appear on **Wednesday, July 6, 2016 at 9:45 a.m.** for a further Status Conference.

Court adjourned.