UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

# UNITED STATES OF AMERICA v. REMON ISSA DANIEL
16-CR-00100-LHK

**Court Proceedings:** Change of Plea hearing, Wednesday, July 6, 2016
**Location/Time in Court**: 10:09-10:24 a.m. (15 minutes)

**Courtroom Deputy Clerk:** Stacy Sakamoto
**Court Reporter:** Irene Rodriguez
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Amber Rosen for the United States of America
**Representing Defendant:** Attorney Robert Carlin for Remon Issa Daniel

Defendant was present and in custody.

Defendant was sworn-in by the Courtroom Deputy. A Plea Agreement was **EXECUTED** in open Court. Defendant **ENTERED a guilty plea** as to Counts Three (3), Eight (8), and Thirteen (13) of the Indictment (ECF No. 11). The Court **ACCEPTED** Defendant's plea as to each of the three counts, and found the Defendant made a knowing, intelligent, free and voluntary waiver of rights and entry of a guilty plea.

The Court **REFERRED** Defendant to the United States Probation Office for preparation of a Presentence Investigation Report.

Sentencing is **SET** for Wednesday, October 19, 2016 at 9:45 a.m.

Court adjourned.